UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK GUNN                                                     CIVIL ACTION

VERSUS                                                           NUMBER: 11-1172

MICHAEL J. ASTRUE,                                               SECTION: "J"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

Having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections thereto, the Court hereby **APPROVES** the Magistrate Judge's Report and Recommendation and adopts it as its own opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff Derrick Gunn's case is remanded to the Commissioner for proper consideration of the Vocational Expert's testimony.

New Orleans, Louisiana, this 26th day of March, 2012.

UNITED STATES DISTRICT JUDGE